UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-1723**

Dehart v. Home Servicing Corporation

To:    Clerk

1) Motion by Appellants for Leave for 365 Day Extension of Time to File Brief or in the Alternative for Court to Allow the Originally Emailed Brief to be Considered Timely and for the Removal of Standard Length Limitations of the Brief and Appendices

    Action on the foregoing motion is hereby deferred. Within seven (7) days of the date of this order, Appellants must file a supplement to the motion clarifying whether they intend to file an amended brief and appendix. If Appellants are filing an amended brief, and if that brief will exceed the word limitations of Fed. R. App. P. 32(a)(7), the supplement must also specify the total word count for the amended brief as calculated under Fed. R. App. P. 32(a)(7)(B). In addition, the supplement must provide the Court with justification for the filing of an overlength brief in conformance with the Court's January 9, 2012 Standing Order. Any response to the above motion and supplement must be filed within fourteen (14) days of the date of filing of the supplement.

    The briefing schedule is hereby stayed pending the filing of the supplement and any responses, and the disposition of Appellants' motion.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: July 28, 2015

MCW/cc:   Daniel J. Mazaheri, Esq.
Christopher R. Nestor, Esq.
Donald E. Wieand, Jr., Esq.
James Bucci, Esq.
Nicholas J. Repici, Esq.
Matthew N. Leerberg, Esq.
Jeffrey P. Macharg, Esq.